## 61205. SCHELL v. WARREN.

McMURRAY, Presiding Judge.

Appellant failed to support any of her enumerations of error by citation of authority or argument. Therefore, appellant's enumerations of error are deemed to have been abandoned. Rule 15 (c) (2) (Code Ann. § 24-3615 (c) (2)); *Brown v. Quarles,* 154 Ga. App. 350, 352 (5) (268 SE2d 403).

*Judgment affirmed. Quillian, C. J., and Pope, J., concur.*

DECIDED FEBRUARY 2, 1981 —

*Carol Schell, pro se.*

*Henry O. Jones,* for appellee.